ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                            )
                                                       )
Charles F. Day & Associates, LLC                       )    ASBCA No. 64009
                                                       )
Under Contract No. W91151-17-D-0005                    )

APPEARANCES FOR THE APPELLANT:          Lauren R. Brier, Esq.
                                        Ryan J. Boonstra, Esq.
                                         Piliero Mazza PLLC
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Dana J. Chase, Esq.
                                         Army Chief Trial Attorney
                                        MAJ Joshua A. Reyes, JA
                                        John C. Degnan, Esq.
                                         Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 10, 2025

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64009, Appeal of Charles F. Day & Associates, LLC, rendered in conformance with the Board's Charter.

Dated:  June 10, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals